# EXHIBIT NO. 1

(l)     Your efforts to ensure that the Bank has sufficient staff needed to support the BSA Officer as required by the OCC Operating Agreement, Article VI (3);

(m)     The Board's review of the adequacy of the Bank's BSA Officer and the written determination on its findings as required by the OCC Operating Agreement, Article VI (4);

(n)     Your efforts to adopt the BSA/AML Internal Control Program as required by the OCC Operating Agreement, Article VII (1) and (2);

(o)     Your efforts to adopt a written Customer Due Diligence Program ("CDD   Program") as required by the OCC Operating Agreement, Article VIII (1) and (2);

(p)     Your efforts to adopt a written Suspicious Activity Monitoring and Reporting Program ("Suspicious Activity Review Program") as required by the OCC Operating Agreement, Article IX (1) and (2); and

(q)     Your efforts to adopt a written BSA/AML Independent Testing Program   ("BSA/AML Audit Program") as required by the OCC Operating Agreement, Article X (1) and (2).

**Objection: RFP No. 5 (a)-(q) is overbroad, ambiguous, not reasonably calculated   to lead to the discovery of admissible evidence, improper, and for critical     purposes herein, seeks documents and implicates "private" non-public information related to OCC and FRB regulatory investigation, compliance, supervision, and corrective action as to bank, which is protected from disclosure with substantial penalties for unauthorized disclosure of non-public information as matter of GLBA, BSA, AML, SAR, and CFR. To the extent the RFP seeks available public**