# <u>EXHIBIT NO. 2</u>

| | |
|---|---|
| **From:** | Daniel Nicholas |
| **To:** | scott.miller@akerman.com |
| **Cc:** | andrew.gold@akerman.com; Frances A. Herrera; Roxanne G. Cohen |
| **Subject:** | FW: DEF v. FNBP |
| **Date:** | Friday, April 10, 2026 4:22:00 PM |
| **Attachments:** | image001.png |
| | image072501.png |
| | 88 - AMENDED COMPLAINT - SECOND against All Defendants with Jury Demand. filed by U.S. Alliance Group, Inc., Payment Solutions International, LLC, Aiden Florida.pdf |

Scott, I hope this email finds you well this Friday.

By my calendar, response to DEF's Motion to Compel is due on April 14, 2026 (Tuesday). We are currently preparing response. Based on our discussions with OCC, we are preparing privilege log to be served therewith, and to the extent any docs are not within the log, they will be produced at that time. As requested by the OCC, we will provide them with copy of the log.

We are also getting you depo dates for AP Gibbs and Manny long. Reciprocally, we would also request dates for DEF corporate rep, Daniel Fulgham, and the proposed directors. Perhaps, we could block of a week for all.

I also wanted to call to your attention the attached Amended Complaint. Daniel Fulgham is now included as director defendant. We appreciate the conflict. Does not appear summons has issued. Please let us know your thoughts as to his defense.

Have a nice weekend.

**Daniel Nicholas**
*Partner*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Tel: 813-509-2691 | Fax: 813-286-2900
Email: Daniel.Nicholas@csklegal.com



CSK | Cole Scott & Kissane
*The Florida Law Firm*

2025 U.S. News Best Law Firms ®
Am Law 200

**From:** Koch, Peter <Peter.Koch@occ.treas.gov>
**Sent:** Thursday, April 9, 2026 2:02 PM
**To:** scott.miller@akerman.com; Daniel Nicholas <Daniel.Nicholas@csklegal.com>; Kinstler, Jeffrey G

<Jeffrey.Kinstler@occ.treas.gov>; Friedman, Jason E <Jason.Friedman@occ.treas.gov>; Fong, Derick <Derick.Fong@occ.treas.gov>
**Cc:** Frances A. Herrera <Frances.Herrera@csklegal.com>; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>; andrew.gold@akerman.com; keenan.molaskey@akerman.com; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>
**Subject:** RE: DEF v. FNBP

Dear Counsel,

The OCC attorneys on this email had a productive conversation with Mr. Nicholas at 1 p.m. ET this afternoon.  The conversation focused on Plaintiff's Request for Production No. 5.  OCC counsel informed Mr. Nicholas that it was our guess that there may well be materials responsive to RFP No. 5 and its several subparts that would consist of the Bank's own books and records and that would not implicate confidential supervisory communications falling within the scope of the Agency's bank examination privilege.  Mr. Nicholas indicate that he would be able to provide Plaintiff's counsel with a privilege log identifying materials responsive to RFP No. 5 that have been withheld on the basis of the bank examination privilege (and presumably any other privilege that might be implicated).

In light of Mr. Nicholas's amenability to providing a privilege log, the OCC asks the parties to request the Court to hold the motion practice on Plaintiff's motion to compel in abeyance pending production of the privilege log.  It is the OCC's hope that production of any non-privileged materials along with a privilege log of redacted or withheld information will meaningfully reduce if not fully resolve the parties' dispute over what may be subject to the bank examination privilege.

Regards,

Peter C. Koch
Director for Litigation
Office of the Comptroller of the Currency
(202) 649-6313

---

**From:** scott.miller@akerman.com <scott.miller@akerman.com>
**Sent:** Thursday, April 9, 2026 1:04 PM
**To:** Daniel.Nicholas@csklegal.com; Koch, Peter <Peter.Koch@occ.treas.gov>; Kinstler, Jeffrey G <Jeffrey.Kinstler@occ.treas.gov>; Friedman, Jason E <Jason.Friedman@occ.treas.gov>
**Cc:** Frances.Herrera@csklegal.com; Roxanne.Cohen@csklegal.com; andrew.gold@akerman.com; keenan.molaskey@akerman.com; Roxanne.Cohen@csklegal.com
**Subject:** [EXTERNAL]RE: DEF v. FNBP

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Daniel,

I do not appreciate your accusations, especially as everything I stated is supported by the record. We look forward to receiving responsive documents and a privilege log tomorrow.

Best,
Scott

**Scott Miller**
Partner
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 331 4120 | F: 954 847 5309
Scott.Miller@akerman.com

---

**From:** Daniel Nicholas <Daniel.Nicholas@csklegal.com>
**Sent:** Thursday, April 9, 2026 12:41 PM
**To:** Miller, Scott (Ptnr-Ftl) <scott.miller@akerman.com>; Peter.Koch@occ.treas.gov; Jeffrey.Kinstler@occ.treas.gov; Jason.Friedman@occ.treas.gov
**Cc:** Frances A. Herrera <Frances.Herrera@csklegal.com>; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>; Gold, Andrew (Ptnr-Ftl) <andrew.gold@akerman.com>; Molaskey, Keenan (Assoc-Den) <keenan.molaskey@akerman.com>; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>
**Subject:** RE: DEF v. FNBP

**[External to Akerman]**

Scott,

Your attempt to create false record is disingenuous. We will review the matter with OCC. At that point, we can discuss amicable resolution

**Daniel Nicholas**
*Partner*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Tel: 813-509-2691 | Fax: 813-286-2900
Email: Daniel.Nicholas@csklegal.com



2025 U.S. News Best Law Firms ®
Am Law 200

---

**From:** scott.miller@akerman.com <scott.miller@akerman.com>
**Sent:** Thursday, April 9, 2026 12:32 PM
**To:** Daniel Nicholas <Daniel.Nicholas@csklegal.com>; Peter.Koch@occ.treas.gov; Jeffrey.Kinstler@occ.treas.gov; Jason.Friedman@occ.treas.gov
**Cc:** Frances A. Herrera <Frances.Herrera@csklegal.com>; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>; andrew.gold@akerman.com; keenan.molaskey@akerman.com; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>
**Subject:** RE: DEF v. FNBP

Daniel,

To be clear, we are not in a position to tell you what documents are public or private because the Bank has refused to even identify what documents it has in its possession but refuses to produce. It is our position that every document we are asking for in Request #5 is proper and produceable.

A chronology of events is helpful to understand Plaintiff's frustration in how Defendants have approached the discovery process and have been unwilling to properly participate in the lawsuit.

We served our Request for Production on January 12, 2026. There was an agreement between the parties for the Defendants to produce documents by January 30, 2026. Defendants did not honor their agreement.  In Defendants' response to the Requests for Production, Defendants asserted a blanket objection to producing any documents in response to RFP 5 and asserted a blanket privilege objection over certain documents. In violation of Defendants' discovery obligations, Defendants have to date still not provided a privilege log, even after several demands by Plaintiff.

After a meet and confer, you made clear in written correspondence that the Defendants could not produce any responsive documents in response to RFP #5 because Defendants were instructed not to "get near that RFP No. 5" and you advised that we would need to file a motion to compel.

In response to our filing of the Motion and providing Courtesy copies to the OCC, the OCC litigation counsel requested a call. During the call, the OCC made clear that the representation you made in prior email correspondence was not accurate. Cleary something

is getting lost in translation and our client is suffering the consequences and is being
improperly stonewalled at every avenue.

We filed the Motion to Compel and laid out clearly why we are entitled to the information we
seek and why your blanket objections are improper and should be overruled. The burden
shifting that the Bank is trying to accomplish can not be condoned any longer. We need the
responsive documents we are entitled to. If you believe there is a valid privilege assertion, we
expect you to comply with your discovery obligations and identify every responsive document
the Bank has in its possession and the privilege you are asserting over the document, at which
point the Court will weigh in on whether this is proper or not.

Plaintiff is amenable to resolving this issue, but will not resolve this short of an adequate
document production and proper privilege log.

Thank you,
Scott Miller

**Scott Miller**
Partner
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 331 4120 | F: 954 847 5309
Scott.Miller@akerman.com

---

**From:** Daniel Nicholas <Daniel.Nicholas@csklegal.com>
**Sent:** Thursday, April 9, 2026 12:07 PM
**To:** Miller, Scott (Ptnr-Ftl) <scott.miller@akerman.com>; Peter.Koch@occ.treas.gov;
Jeffrey.Kinstler@occ.treas.gov; Jason.Friedman@occ.treas.gov
**Cc:** Frances A. Herrera <Frances.Herrera@csklegal.com>; Roxanne G. Cohen
<Roxanne.Cohen@csklegal.com>; Gold, Andrew (Ptnr-Ftl) <andrew.gold@akerman.com>; Molaskey,
Keenan (Assoc-Den) <keenan.molaskey@akerman.com>; Roxanne G. Cohen
<Roxanne.Cohen@csklegal.com>
**Subject:** RE: DEF v. FNBP

[External to Akerman]

Scott,

Your email is misleading. Obviously, nonprivileged or public information is discoverable,
but private is not. This distinction is determination that need be made by the OCC and
should be respected. Otherwise, it would help If you could identify the non-privileged
documents the OCC said the Bank has and could produce so we can confirm.

**Daniel Nicholas**
*Partner*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Tel: 813-509-2691 | Fax: 813-286-2900
Email: Daniel.Nicholas@csklegal.com



2025 U.S. News Best Law Firms ®
Am Law 200

---

**From:** scott.miller@akerman.com <scott.miller@akerman.com>
**Sent:** Thursday, April 9, 2026 11:30 AM
**To:** Daniel Nicholas <Daniel.Nicholas@csklegal.com>; Peter.Koch@occ.treas.gov; Jeffrey.Kinstler@occ.treas.gov; Jason.Friedman@occ.treas.gov
**Cc:** Frances A. Herrera <Frances.Herrera@csklegal.com>; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>; andrew.gold@akerman.com; keenan.molaskey@akerman.com
**Subject:** RE: DEF v. FNBP

Daniel,

I am copying in OCC Litigation counsel that we spoke with on Tuesday. There is a clear discrepancy between what we were informed by the OCC and your stated position, *i.e.*, that the OCC has informed you to stay away from RFP #5.

Can the OCC please weigh in and clarify its position with respect to the Bank producing non-privileged documents within its possession, specifically with respect to RFP #5, which is the subject of our motion to compel.

Nonetheless, Daniel, we expect that the Bank will provide a privilege log identifying all documents that it is asserting privilege over by Friday (tomorrow), at 5:00 PM ET.

Thank you,
Scott Miller

**Scott Miller**
Partner
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 331 4120 | F: 954 847 5309
Scott.Miller@akerman.com

---

**From:** Daniel Nicholas <Daniel.Nicholas@csklegal.com>

**Sent:** Wednesday, April 8, 2026 3:25 PM
**To:** Miller, Scott (Ptnr-Ftl) <scott.miller@akerman.com>
**Cc:** Frances A. Herrera <Frances.Herrera@csklegal.com>; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>; Gold, Andrew (Ptnr-Ftl) <andrew.gold@akerman.com>; Molaskey, Keenan (Assoc-Den) <keenan.molaskey@akerman.com>
**Subject:** RE: DEF v. FNBP

**[External to Akerman]**

Scott,

Other than being surprised that the OCC and Akerman are discussing the Bank and related matters of regulatory compliance,  we can't really comment on some purported conversation between unknown parties and standby our prior discussions with your firm (and OCC) despite effort to create self- serving contradiction. Still, in good faith, and in abundance of caution, we, again, will confirm with the OCC as to what can and cannot be produced, and, with intrigue, specifically inquire as  to  what "non privileged responsive documents (DEF and/or Akerman) is entitled to". Thereafter, glad to discuss further in effort to amicably resolve. .

**Daniel Nicholas**
*Partner*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Tel: 813-509-2691 | Fax: 813-286-2900
Email: Daniel.Nicholas@csklegal.com



CSK | Cole Scott & Kissane
*The Florida Law Firm*

2025 U.S. News Best Law Firms ®
Am Law 200

---

**From:** scott.miller@akerman.com <scott.miller@akerman.com>
**Sent:** Tuesday, April 7, 2026 5:33 PM
**To:** Daniel Nicholas <Daniel.Nicholas@csklegal.com>
**Cc:** Frances A. Herrera <Frances.Herrera@csklegal.com>; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>; andrew.gold@akerman.com; keenan.molaskey@akerman.com
**Subject:** RE: DEF v. FNBP

Daniel,

We spoke with litigation counsel for the OCC this afternoon with respect to the Motion to

Compel we filed on March 31, 2026 (ECF No. 39). The OCC advised us that contrary to your March 11, 2026 email, the OCC did not advise you or the Bank that it "can't get near that RFP No. 5." To be clear, the OCC told us that there is no blanket prohibition to producing documents and acknowledged that the Bank is in possession of some non-privileged responsive documents that we are entitled to.

On March 4, 2026, we requested the Bank provide all non-privileged documents and a privilege log by March 9, 2026. Nearly one month later, we have received no supplemental production and no privilege log. Given the OCC's explicit statement that there is no blanket prohibition to document production and agreement that there are some non-privileged documents within the Bank's possession that fall within Request for Production #5, we hereby demand that Defendants produce all non-privileged documents responsive to RFP #5 by **April 10, 2026 at 5:00 PM ET**. Additionally, we demand that the Defendants produce a privilege log for all documents that Defendants are withholding based on a privilege objection by **April 10, 2026 at 5:00 PM ET**.

If Defendants fail to comply with the repeated demand, we will seek appropriate relief from the Court.  I am available to discuss if you have any questions.

Thanks,
Scott

**Scott Miller**
Partner
Akerman LLP | 201 East Las Olas Boulevard, Suite 1800 | Ft. Lauderdale, FL 33301
D: 954 331 4120 | F: 954 847 5309
Scott.Miller@akerman.com

---

**From:** Daniel Nicholas <Daniel.Nicholas@csklegal.com>
**Sent:** Wednesday, March 11, 2026 6:41 PM
**To:** Miller, Scott (Ptnr-Ftl) <scott.miller@akerman.com>
**Cc:** Frances A. Herrera <Frances.Herrera@csklegal.com>; Roxanne G. Cohen <Roxanne.Cohen@csklegal.com>; Gold, Andrew (Ptnr-Ftl) <andrew.gold@akerman.com>; Molaskey, Keenan (Assoc-Tpa) <keenan.molaskey@akerman.com>
**Subject:** RE: DEF v. FNBP

**[External to Akerman]**

Scott---wanted to get back to you. Long story short. We were just told by OCC, scolded actually, we cant get near that RFP No. 5. We think Motion to Compel is your best option. Sorry.

**Daniel Nicholas**

*Partner*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Tel: 813-509-2691 | Fax: 813-286-2900
Email: Daniel.Nicholas@csklegal.com



2025 U.S. News Best Law Firms ®
Am Law 200