# EXHIBIT NO. 4

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### TAMPA DIVISION

### Case No. 8:25-cv-02996-SDM-CPT

DEF TRADING, LLC,

     Plaintiff,

v.

FLORIDA BANCSHARES, INC. and
FIRST NATIONAL BANK OF PASCO as
nominal defendants and ANDER PLATT
GIBBS, JOHN HENSON, PAUL MIDILI,
ERNEST PEEPLES, MARLENE MANN,
STEVEN CARLE, AND PAULA S.
O'NEIL,

     Defendants.

_____/

## DEFENDANTS' PRIVILEGE LOG

Defendants, Florida Bancshares, Inc., First National Bank of Pasco
(collectively the "Bank") Ander Platt Gibbs, John Henson, Paul Midili, Ernest
Peeples, Marlene Mann, Steven Carle and Paula S. O'Neil (collectively the "Board
Members") (Collectively the Bank and Board Members are referred to as the
"Defendants"), by and though their undersigned counsel, and hereby provides its

privilege log Pursuant to Fed. R. Civ. P. 26(b)(5)(A), with respect to its Responses

to Plaintiffs' First Request for Production No. 5.

| Subject/Description | Date | Author | Recipient | Custody | Privilege | Pgs |
|---|---|---|---|---|---|---|
| Compliance Committee | 09/19/2025 | Board of directors – Paula O'Neil | OCC | Bank | Bank Examination Privilege 12 CFR § 4.37(b) | OCC 000001-000002 (2) |
| 2025 10 07 Board Compliance Committee Meeting Packet | 10/07/2015 | FNB/ Multiple | | Bank | Bank Examination Privilege 12 CFR § 4.37(b) | OCC 000003 - 000040 (38) |
| 2025 11 04 Board Compliance Committee Meeting Packet | 11/4/2025 | FNB/ Multiple | | Bank | Bank Examination Privilege 12 CFR § 4.37(b) | OCC000041 - 000058 (18) |
| 2025 12 02 Board Compliance Committee Meeting Packet | 12/2/2025 | FNB/ Multiple | | Bank | Bank Examination Privilege 12 CFR § 4.37(b) | OCC000059 - 000154 (96) |
| 2026 01 06 Board Compliance Committee Meeting Packet | 1/6/2026 | Suzie O'Steen | | Bank | Bank Examination Privilege 12 CFR § 4.37(b) | OCC 000155 - 000156 (2) |
| 2026 02 03 Board Compliance Committee Meeting Packet | 2/3/2026 | FNB/ Multiple | OCC | Bank | Bank Examination Privilege 12 CFR § 4.37(b) | OCC 000157 - 000197 (41) |
| 2026 03 03 Board Compliance | 3/3/2026 | FNB/ Multiple | | Bank | Bank Examination Privilege 12 | OCC 000198 - 000229 (32) |

**COLE, SCOTT & KISSANE, P.A.**
LAKESIDE OFFICE CENTER, SUITE 500  - 600 NORTH PINE ISLAND ROAD  - PLANTATION, FLORIDA 33324 (954) 473-1112 (954) 474-7979 FAX

| Subject/Description | Date | Author | Recipient | Custody | Privilege | Pgs |
|---|---|---|---|---|---|---|
| Committee Meeting Packet | | | | | CFR § 4.37(b) | |
| 2026 04 07 Board Compliance Committee Meeting Packet | 4/7/2026 | FNB / Multiple | OCC | Bank | Bank Examination Privilege 12 CFR § 4.37(b) | OCC 000230 - 000242 (13) |
| Board Compliance Committee Charter | 9/2025 | FNB / Multiple | | Bank | Bank Examination Privilege 12 CFR § 4.37(b) | OCC 000243 - 000247 (5) |
| Strategic Plan | Eff. 10/16/2025 | | | Bank | W/D will be produced | OCC 000244 - 000297 (5) |
| Efforts to implement and adhere to the Strategic Plan Memo | 4 /10/ 2026 | Manny Long | Daniel Nicholas, Esq. | Bank | Attorney/ Client | OCC 000298 (1) Addresses OCC oversight |
| Submission to the ADC of strategic deviation by the Bank as required by the OCC Operating Agreement, Article IV (6) efforts to implement and adhere to the Strategic Plan | 4 /10/ 2026 | Manny Long | Daniel Nicholas, Esq. | Bank | Attorney/ Client | OCC 000299 (1) Addresses Deviations/ compliance with OCC agreement |
| Submission of a written evaluation to the OCC of the Bank's performance against the Strategic Plan as required by the OCC Operating | 4 /10/ 2026 | Manny Long | Daniel Nicholas, Esq. | Bank | Attorney/ Client | OCC 000300 (1) Written evaluations of OCC compliance |

**COLE, SCOTT & KISSANE, P.A.**
LAKESIDE OFFICE CENTER, SUITE 500 - 600 NORTH PINE ISLAND ROAD - PLANTATION, FLORIDA 33324 (954) 473-1112 (954) 474-7979 FAX

| Subject/Description | Date | Author | Recipient | Custody | Privilege | Pgs |
|---|---|---|---|---|---|---|
| Agreement, Article IV (8) | | | | | | |
| Capital Plan | 12/12/2025 | FNB/ Multiple | | Manny Long | Bank Examination Privilege 12 CFR § 4.37(b) | OCC 000301 - 000318 (18) |
| Proposed appointment of an individual to a Senior Executive Officer Position | 4/10/2026 | Manny Long | Daniel Nicholas, Esq. | Bank | Attorney/ Client | OCC 000319 (1) Addresses Compliance with appointment provision in OCC agreement |
| Submission to the ADC of any proposed appointment of an individual to a "senior executive officer" position as defined in 12 C.F.R. § 5.51(c)(4) . | 4/10/2026 | Manny Long | Daniel Nicholas, Esq. | Bank | Attorney/ Client | OCC 000320 (1) Addresses qualified bank under OCC agreement |
| 2025 10 16 BSA-AML-OFAC-Fraud Monthly BOD Presentation | 10/16/2025 | | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000321 - 000330 (10) Mention of SARs |
| 2025 11 20 BSA-AML-OFAC-Fraud Monthly BOD Presentation | 11/20/2025 | | | Bank | Bank Examination Privilege 12 CFR § 4.37(b) / BSA | OCC 000331 - 000337 (7) Mention of SARs |

**COLE, SCOTT & KISSANE, P.A.**
LAKESIDE OFFICE CENTER, SUITE 500  - 600 NORTH PINE ISLAND ROAD  - PLANTATION, FLORIDA 33324 (954) 473-1112 (954) 474-7979 FAX

| Subject/Description | Date | Author | Recipient | Custody | Privilege | Pgs |
|---|---|---|---|---|---|---|
| 2025 12 16 BSA-AML-OFAC-Fraud Monthly BOD Presentation | 12/16/2025 | | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000338 - 000346 (9) Mention of SARs |
| 2026 01 15 BSA-AML-OFAC-Fraud Monthly BOD Presentation | 1/15/2026 | | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000347 - 000354 (8) Mention of SARs |
| 2026 02 19 BSA-AML-OFAC-Fraud Monthly BOD Presentation | 2/19/2026 | | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000355 - 000372 (18) Mention of SARs |
| 2026 03 19 BSA-AML-OFAC-Fraud Monthly BOD Presentation | 3/19/2026 | | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000373 - 000381 (9) Mention of SARs |
| 2026 04 16 BSA-AML-OFAC-Fraud Monthly BOD Presentation | 4/16/2026 | | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000382 - 000398 (17) Mention of SARs |
| 2026 03 05 BSA AML Staffing Assessment | 3/5/2026 | | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000399 - 000407 (9) Mention of SARs |

**COLE, SCOTT & KISSANE, P.A.**
LAKESIDE OFFICE CENTER, SUITE 500 - 600 NORTH PINE ISLAND ROAD - PLANTATION, FLORIDA 33324 (954) 473-1112 (954) 474-7979 FAX

| Subject/Description | Date | Author | Recipient | Custody | Privilege | Pgs |
|---|---|---|---|---|---|---|
| The Board's review of the adequacy of the Bank's BSA Officer and the written determination on its findings as required by the OCC Operating Agreement, Article VI (4) | 4/10/2026 | Manny Long | Daniel Nicholas | Bank | Attorney/ Client | OCC 000408 |
| Audit Policy - Approved 01.15.2026 | 1/15/2026 | L. Freya | | Bank | W/D will be produced | OCC 000409 - 000423 (15) |
| Board Governance Policy - Approved 01.15.2026 | 1/15/2026 | FNB Board | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000424 - 000443 (20) Discusses regulatory oversight |
| BSA-AML-OFAC Policy and Program - Approved 01.15.2026 | 1/15/2026 | FNB / Multiple | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000444 - 000539 (96) Blocking Assets and filing SARs |
| Compliance Training Program Policy - Approved 01.15.2026 | 1/15/2026 | Suzie O'Steen | | Bank | Bank Examination Privilege 12 CFR § 4.37(b) | OCC 000540 - 000557 (18) |
| Corporate Compliance Policy - Approved 01.15.2026 | 1/2026 | Suzie O'Steen | | Bank | W/D will be produced | OCC 000558 - 000584 (27) |
| Corporate Fraud and Identity Theft | 1/15/2026 | FNB / Multiple | | Bank | Bank Examination | OCC 000585 – 000605 (21) |

**COLE, SCOTT & KISSANE, P.A.**
LAKESIDE OFFICE CENTER, SUITE 500 - 600 NORTH PINE ISLAND ROAD - PLANTATION, FLORIDA 33324 (954) 473-1112 (954) 474-7979 FAX

Case No. 8:25-cv-02996-SDM-CPT

| Subject/Description | Date | Author | Recipient | Custody | Privilege | Pgs |
|---|---|---|---|---|---|---|
| Policy - Approved 01.15.2026 | | | | | Privilege 12 CFR § 4.37(b) | Fraud reporting procedures |
| Deposit Operations Policy - Approved 01.15.2026 | 1/15/2026 | FNB/ Multiple | | Bank | Bank Examination Privilege 12 CFR § 4.37(b)/ BSA | OCC 000606 – 000648 (43) OCC regulatory expectations |
| Enterprise Risk Management Policy - Approved 01.15.2026 | 1/15/2026 | FNB / Multiple | | Bank | W/D will be produced | OCC 000649 – 000660 (12) |
| Model Risk Management Policy - Approved 01.15.2026 | 1/15/2026 | FNB / Multiple | | Bank | W/D will be produced | OCC 000661 – 000676 (16) |
| Retail Banking Policy - Approved 01.15.2026 | 1/15/2026 | FNB/ Multiple | | Bank | W/D will be produced | OCC 000677 – 000727 (51) |
| Written Programs and Policies Memo | April 10, 2026 | Manny Long | Daniel Nicholas, Esq. | Bank | Attorney/ Client | OCC 000728 – 000729 (2) |

**COLE, SCOTT & KISSANE, P.A.**
LAKESIDE OFFICE CENTER, SUITE 500 - 600 NORTH PINE ISLAND ROAD - PLANTATION, FLORIDA 33324 (954) 473-1112 (954) 474-7979 FAX

Case No. 8:25-cv-02996-SDM-CPT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April, 2026, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record.

COLE, SCOTT & KISSANE, P.A.
*Counsel for Defendant FLORIDA BANCSHARES, INC.,*
*FIRST NATIONAL BANK OF PASCO.*
*ANDER PLATT GIBBS, JOHN HENSON,*
*PAUL MIDILI, ERNEST PEEPLES,*
*MARLENE MANN, STEVEN CARLE, AND*
*PAULA S. O'NEIL*
500 N. Westshore Boulevard, Suite 700
Tampa, Florida 33609
Telephone 813-560-2810
Facsimile 813-286-2900
Primary e-mail:
daniel.nicholas@csklegal.com
Secondary e-mail:
roxanne.cohen@csklegal.com

By:  /s/ *Daniel A. Nicholas*
DANIEL A. NICHOLAS
Florida Bar No.: 0847755