UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEF TRADING, LLC,

     Plaintiff,                         CASE No. 8:25-cv-02996-SDM-CPT

v.

FLORIDA BANCSHARES, INC. and
FIRST NATIONAL BANK OF PASCO
as nominal defendants and ANDER PLATT
GIBBS, JOHN HENSON, PAUL MIDILI,
ERNEST PEEPLES, MARLENE MANN,
STEVEN CARLE, AND PAULA S. O'NEIL,

     Defendants.

_____/

### **DECLARATION OF KEENAN MOLASKEY**

1.     My name is Keenan Molaskey, I am an associate with the law firm of Akerman LLP and counsel of record for Plaintiff, DEF Trading, LLC ("DEF"), in the above-captioned action.

2.     I am over twenty-one years of age, and I make this Declaration based on my personal knowledge.

3.     I make this Declaration in support of DEF's *Time-Sensitive Motion to Enforce Preliminary Injunction* ("Motion").[1]

4.     On or about April 7, 2026, Defendants delivered a series of documents to Bancshares' shareholders:

---

[1] All capitalized undefined terms are given the definition ascribed to them in the Motion.

87567474;1

A. **Exhibit A** to this Declaration is a true and correct copy of the April 7 Notice of Bancshares' Annual Meeting.

B. **Exhibit B** to this Declaration is a true and correct copy of the Proxy Statement attached to the April 7 Notice.

C. **Exhibit C** to this Declaration is a true and correct copy of the Proxy Card delivered to shareholders with respect to the Annual Meeting.

5.    **Exhibit D** to this Declaration is a true and correct copy of correspondence from Andrew Gold to Bancshares and its counsel dated April 17, 2026.

6.    **Exhibit E** to this Declaration is a true and correct copy of correspondence from Richard Pearlman to Andrew Gold dated April 20, 2026, in response to Exhibit D.

7.    **Exhibit F** to this Declaration is a true and correct copy of a notice Defendants delivered to shareholders regarding the postponement of the Annual Meeting to July 23, 2026.

8.    **Exhibit G** to this Declaration is a true and correct copy of correspondence dated June 22, 2026, from Andrew P. Gold to Bancshares' Secretary regarding the Annual Meeting

9.    **Exhibit H** to this Declaration is a true and correct copy of correspondence dated June 25, 2026 from Richard Pearlman to Andrew Gold regarding the Annual Meeting.

2

87567474;1

10.    **Exhibit I** to this Declaration is a true and correct copy of correspondence dated July 6, 2026, from Andrew Gold to Richard Pearlman regarding the Annual Meeting.

11.    **Exhibit J** to this Declaration is a true and correct copy of correspondence dated July 7, 2026, from Richard Pearlman to Andrew Gold regarding the Annual Meeting.

12.    **Exhibit K** to this Declaration is a true and correct copy of correspondence dated July 10, 2026, from Andrew Gold to Richard Pearlman regarding the Annual Meeting.

13.    I have personally observed the website that will be hosting the Annual Meeting – https://www.cleartrustonline.com/fbs.

14.    As of the date of this declaration, the above webpage contains several links:

A. First, the page contains a link to "Vote Here" and "Attend Live Meeting Using 12-Digit Control Number"

B. Below, the page includes a textbox directed to registered shareholders instructing them that the "are able to vote online any time before the polls close. We encourage you to vote early." Below, in the same box, is a "get started" link that begins the process of voting early.

C. Below the textbox, the page includes two links under "Meeting Materials" – a "Proxy Statement" and "Notice of Meeting." Clicking these links redirects to the April 7 Notice and Proxy Statement.

15.    I have also observed the separate voting pages on this website, which are protected and accessible using a shareholder's unique twelve-digit control number. I have personally observed the pages associated with DEF's unique control number.

87567474;1

16.    DEF "voted" on this page before filing the PI Motion and before the Court issued the Injunction.

17.    When I observed the protected webpages, they each contained a green checkbox informing DEF that its shares had already been "voted." The first page of the states that the proxy is solicited on behalf of the Board of Directors, but none of the pages suggest there are any other matters or director candidates that could be voted upon.

18.    The second page is titled "Vote Proxy" and allows a shareholder to "Vote" on the matters set forth in the Proxy Card. That is, the only director candidates identified are Stephen D. Carle and A.P. Gibbs, to be elected for a 3 year term, and a shareholder can only either vote for both candidates or withhold such a vote.

19.    The third and fourth pages confirm the shareholder's "votes" and their submission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 13, 2026

Keenan Molaskey

4

87567474;1