# Exhibit A



**NOTICE OF ANNUAL SHAREHOLDERS MEETING**

April 7, 2026

TO THE SHAREHOLDERS OF FLORIDA BANCSHARES, INC.:

The Annual Meeting of Shareholders of Florida Bancshares, Inc. will be held exclusively online on Thursday, May 21, 2026, at 8:00 a.m. (EST), to consider and vote upon the following matters:

1. Ratification of the Official Acts of the Company since May 15, 2025.

2. Set the number of Directors at seven (7).

3. Election of Directors and to set the terms of service listed in the Proxy Statement dated April 7, 2026, accompanying this notice.

4. The transaction of such other business as may properly come before the Shareholders during this meeting.

Only those Shareholders of record at the close of business on March 31, 2026, shall be entitled to vote at the meeting.

By Order of the Board of Directors,

*Lynn Roenicke*

Lynn Roenicke
Corporate Secretary