# Exhibit B



**ANNUAL MEETING OF SHAREHOLDERS**

**PROXY STATEMENT**

April 7, 2026

The number of shares of common stock outstanding and entitled to vote at the Annual Shareholders meeting to be held on May 21, 2026, is 1,102,600 shares.  Only those shareholders of record at the close of business on March 31, 2026, will be entitled to vote.  In all elections of directors, each shareholder shall have the right to vote the number of shares owned by them for as many persons as there are directors to be elected.  For all other purposes, each share shall be entitled to one vote.

**SETTING THE NUMBER OF DIRECTORS**

All shares represented by proxies in the accompanying form will be voted in favor of setting the number of directors to be elected at seven (7).  A majority of the shares represented at the meeting is required to approve such a number.

### NOMINEES FOR ELECTION OF DIRECTORS

| NAME | AGE | PRINCIPLE OCCUPATION | TERM LENGTH |
|---|---|---|---|
| Stephen D. Carle | 81 | Attorney, Hodges & Carle, P.A. <br> Director since January 19, 2012 | 3 Years |
| A.P. Gibbs | 86 | Attorney, A. P. Gibbs, P.A <br> Director/Chairman since October 7, 1986 | 3 Years |



**The Following Directors will be eligible for re-election in the timeframes listed below:**

| NAME | AGE | PRINCIPLE OCCUPATION | TERM LENGTH |
|------|-----|----------------------|-------------|
| Paul P. Midili | 90 | Insurance, Real Estate, and Agriculture<br>Director since October 7, 1986 | 1 Year |
| Ernest L. Peeples | 89 | Citrus Grower<br>Director since March 18, 1987 | 1 Year |
| John E. Henson | 78 | Certified Public Accountant, John E. Henson, CPA<br>Director since September 17, 1993 | 2 Years |
| Marlene Mann | 82 | Retired Office Manager/Dental Assistant/<br>Registered Nurse<br>Director since April 20, 1994 | 2 Years |
| Paula S. O'Neil, Ph.D. | 69 | Retired Pasco County Clerk of Court<br>Director since April 16, 2020 | 2 Years |

## RATIFICATION OF THE OFFICIAL ACTS OF THE DIRECTORS AND OFFICERS

Proxies will be voted in favor of ratifying the Official Actions of the Directors and Officers since the last Shareholders Meeting. Copies of the minutes of the 2025 Shareholders meetings will be available for examination by Shareholders of Record, until 8:00 a.m. (EST), May 21, 2026, via email.

By Order of the Board of Directors,

*Lynn Roenicke*

Lynn Roenicke
Corporate Secretary