# Exhibit C

ClearTrust, LLC - Proxy Agent
16540 Pointe Village Dr., Ste 210
Lutz, Florida 33558

**DEF TRADING, LLC
18975 COLLINS AVE
SUNNY ISLES BEACH FL 33160-2715**

### YOUR VOTE IS IMPORTANT! PLEASE VOTE BY:

 INTERNET:
• Go to: www.cleartrustonline.com/fbs
• Have your Proxy Card ready
• Follow the simple instructions to record your vote

 MAIL
• Mark, sign and date your Proxy Card
• Fold and return your Proxy Card in the postage-paid envelope provided

*FOR YOUR VOTE TO COUNT, YOU MUST VOTE BEFORE THE POLLS CLOSE ON THE DAY OF THE MEETING.*

## ANNUAL MEETING OF STOCKHOLDERS
## FLORIDA BANCSHARES, INC.

**CONTROL NUMBER:**  Redacted

**DATE:** May 21, 2026
**TIME:** 8:00 A.M. Eastern Time
**LOCATION:** VIRTUAL at www.cleartrustonline.com/fbs. Click "Attend Live Meeting" and use your Control Number, above, to navigate into the meeting.

### This proxy is being solicited on behalf of the Board of Directors

The undersigned hereby appoints John E. Henson and Manuel Long (the "Named Proxies"), and each or any of them, as proxies for the undersigned, with full power of substitution and resubstitution, and authorizes them, and each of them, to vote all the shares of common stock of Florida Bancshares, Inc. which the undersigned is entitled to vote at said meeting and any adjournment thereof upon the matters specified and upon such other matters as may be properly brought before the meeting or any adjournment thereof.

THE SHARES REPRESENTED BY THIS PROXY WILL BE VOTED AS DIRECTED OR, IF NO DIRECTION IS GIVEN, SHARES WILL BE VOTED IDENTICAL TO THE BOARD OF DIRECTORS RECOMMENDATION. This proxy, when properly executed, will be voted in the manner directed herein. In their discretion, the Named Proxies are authorized to vote upon such other matters that may properly come before the meeting or any adjournment or postponement thereof.

You are encouraged to specify your choice by marking the appropriate box (SEE REVERSE SIDE) but you need not mark any box if you wish to vote in accordance with the Board of Directors' recommendation. The Named Proxies cannot vote your shares unless you sign (on the reverse side) and return this card or otherwise provide voting instructions by phone or on the internet as described above.

*Continued and to be signed on the reverse side*

# FLORIDA BANCSHARES, INC.
# ANNUAL MEETING OF STOCKHOLDERS

**BOARD OF DIRECTORS RECOMMENDS**

**PROPOSAL**    **YOUR VOTE**

|  | FOR | AGAINST | ABSTAIN | FOR |
|---|---|---|---|---|
| 1. To ratify the Official Acts of the Directors and Officers of the Company since May 15, 2025. | ☐ | ☐ | ☐ | |
| 2. To set the number of Directors at seven (7). | ☐ | ☐ | ☐ | **FOR** |

| 3. Election of Directors to serve for the term listed in the proxy statement: | FOR ☐ | WITHHOLD ☐ | FOR ALL EXCEPT ☐ | **FOR** |
|---|---|---|---|---|

Stephen D. Carle – 3 Years

A.P. Gibbs – 3 Years

To withhold Authority to vote for any nominee, write that nominee's name in the space provided below:

_____

*The following Directors will be recommended for re-election in the timeframes listed:*

John Henson – 2 Years          Paul P. Midili – 1 Year

Marlene Mann – 2 Years          Ernest L. Peeples – 1 Year

Paula S. O'Neil, Ph.D. - 2 Years

|  | FOR | AGAINST | ABSTAIN | FOR |
|---|---|---|---|---|
| 4. To transact such other business as may properly come before the meeting or any adjournment thereof. | ☐ | ☐ | ☐ | |

Authorized Signatures - Must be completed for your instructions to be executed.

Please sign exactly as your name(s) appears on your account. If held in joint tenancy, all persons should sign. Trustees, administrators, etc., should include title and authority. Corporations should provide full name of corporation and title of authorized officer signing the Proxy.

| | |
|---|---|
| Signature (and Title if applicable)          Date | Signature (if held jointly)          Date |

**SAVE TIME & REDUCE COSTS!**
**PLEASE CONSIDER VOTING ONLINE RATHER THAN BY MAIL.**

39