# Exhibit D



Andrew P. Gold

Akerman LLP
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, FL  33301

D: 954 759 8910
T: 954 463 2700
F: 954 463 2224

VIA FEDERAL EXPRESS

April 17, 2026

Lynn Roenicke
Secretary
Florida Bancshares, Inc.
13315 U.S. Highway 301
Dade City, Florida  33525

**Re:    Florida Bancshares, Inc. Annual Meeting
    Request to add Director Nominees to the Ballot**

Dear Ms. Roenicke:

The undersigned is corresponding with you on behalf of DEF Trading, LLC, a registered shareholder of Florida Bancshares, Inc. holding approximately 9.9% of the outstanding common stock. Request is made for you to include the following individuals as nominees for the two board seats up for election at the May 21, 2026 Annual Meeting.

Jorge Pedreira

Joel Dunn

The Board has already been provided with CV's for both nominees, but additional copies are attached hereto for your easy reference.

Thank you for your prompt attention.

Sincerely,

*Andrew P. Gold*

Andrew P. Gold
For the Firm

cc:    Daniel Nicholas (via e-mail)

akerman.com

86276377;1



## JORGE PEDREIRA

*Jorge Pedreira* formally a shareholder and Senior Advisor to *V2 Global* and a member of its Board of Advisors. Jorge has an extensive background and experience in banking, legal, compliance and regulatory matters, as well as law enforcement.

Prior to his association with *V2 Global*, Jorge was the Chief Operating Officer for Nomura's Investment Bank in the Americas, Special Counsel for Latin America at UBS Investment Bank, the Head of Investment Banking Legal at SG Cowen, and had practiced law with the firm of Willkie Farr & Gallagher in New York. Jorge has led, managed, counseled and supervised (i) investment banking operations, (ii) corporate transactions, including mergers and acquisitions and equity and debt financings, (iii) legal, compliance, and regulatory matters, (iv) human resources issues and compensation processes, (v) budgeting and forecasting, (vi) IT and related security, (vii) risk management and (viii) internal audits and corporate investigations. At UBS, he was the recipient of the worldwide UBS Leadership Award and has performed many speaking engagements. Jorge has been a trusted advisor to the most senior management at the institutions where he worked and was a member of their senior executive committees.

Jorge was also a Detective with the New York City Police Department where he worked in numerous assignments at the Legal Bureau, Organized Crime Control Bureau, Narcotics Division, Public Morals Divisions and the 75th Precinct. He received various recognition awards while at the NYPD.

Jorge is an attorney admitted to practice law in the United States Supreme Court, the State of New York and in the State and Federal District Court of New Jersey. He has a *Juris Doctor* from St. John's University School of Law where he was the Managing Editor of the Law Review and of The Catholic Lawyer.

Jorge has had the following licenses from the Financial Industry Regulatory Association (FINRA): Series 24 (General Securities Principal), Series 79 (Investment Banking Representative), and Series 63 (Uniform Securities Agent State Law).

86276696;1



## PM Internal Audit Services LLC

**Joel Dunn, CAMS, CICA**
President & CEO

### CONTACT INFORMATION

jdunn@pminternalaudit.com
T  212.643.0099 ext. 10600
F  877.529.2684
M  516.398.0564

PM Internal Audit Services LLC
14 Penn Plaza 18th Floor
New York, NY 10122

### INDUSTRY EXPERTISE

- Financial Institutions
- Private Banks
- Commercial Banks
- Credit Unions
- Broker Dealers
- MSB's

### SPECIALTY

- Outsourced Internal Audit
- Co-sourced Internal Audit
- SOX & FDICIA implementation and testing
- Regulatory and third-party issue validation

## PROFESSIONAL EXPERIENCE

Joel Dunn is the President & CEO of PM Internal Audit Services LLC and has over 30 years of experience servicing both domestic and international financial institutions with their internal audit  risk management needs.

Joel has worked with community, commercial, and international institutions ranging in size from $50 million to over $1 Trillion in assets, focusing on all aspects of compliance, operations, credit, investments and deposits. He has wide-ranging audit experience across accounting, operations, lending, treasury, legal, human resources, compliance and security, as well as BSA/AML and OFAC, Sarbanes-Oxley and FDICIA compliance.

Joel has audited and advised many Financial Institutions during his time as a Director at acxell, formally P&G Associates, and as an Audit Manager at RSM McGladrey.  Prior to that, Joel was an Assistant Vice President in the Internal Audit Department of Israel Discount Bank. In this role, he assisted in the remediation efforts to comply with and the removal of two cease and desist orders involving the Banks BSA/AML Program.

Joel was responsible for the audit coverage of both the foreign and domestic branches of Chinatrust and Chinatrust Commercial Bank, where he was a Vice President in the Internal Audit Department of Chinatrust Bank. He helped implement and test the Bank's new compliance monitoring software, as well as the Customer Identification Program to ensure compliance with the U.S. Patriot Act. Joel was an Assistant Vice President in the Internal Audit Departments at Citicorp, Emigrant Savings Bank, and Banco Popular

Additionally, Joel advises his clients on such matters as the efficacy of their internal control environments and has performed pre- and post-implementation reviews of operational systems for adequacy of controls and effectiveness, as well as due diligence reviews for mergers and acquisitions.

Mr. Dunn is a Certified Anti-Money Laundering Specialist (CAMS) and a Certified Internal Control Auditor (CICA). He is a graduate of Columbus University, a member of the Honorable Order of Kentucky Colonels, and Chairman of the Audit Committee for the New York Navy League.

### PROFESSIONAL CERTIFICATIONS

Certified Anti Money Laundering Specil  list
Certified Internal Control Auditor
Notary Public

### EDUCATION

BBA-Columbus University