# Exhibit F



**Florida Bancshares, Inc.**

**2026 Annual Meeting Postponement**

In response to judicial order, the Board of Directors has postponed the 2026 annual shareholder meeting to Thursday, July 23, 2026, at 8:00 a.m.

While we may hold differing views regarding certain claims and interpretations, we respect the process and will comply fully with the order.

As we celebrate our 40th anniversary this year, our focus remains on serving our customers with excellence and leading the bank with accountability, stability, and confidence.

We apologize in advance for any inconvenience. Thank you for your time and understanding. If you have any questions, please email us at ShareholderQuestions@fnbpasco.com.