# Exhibit G



Andrew P. Gold

Akerman LLP
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, FL  33301

D: 954 759 8910
T: 954 463 2700
F: 954 463 2224

VIA HAND DELIVERY

June 22, 2026

Lynn Roenicke
Secretary
Florida Bancshares, Inc.
13315 U.S. Highway 301
Dade City, Florida  33525

**Re:    Florida Bancshares, Inc. (the "Company") Annual Meeting of Shareholders currently scheduled for July 23, 2026 at 8:00 am (the "Annual Meeting")**

Dear Ms. Roenicke:

The undersigned is corresponding with you in your role as Corporate Secretary of the Company on behalf of DEF Trading, LLC ("DEF"), a registered shareholder of Florida Bancshares, Inc. holding approximately 9.9% of the outstanding common stock. The Company's counsel is copied.

**First,** please confirm that consistent with Article II, Section 11 of the Company's Amended and Restated Bylaws dated March 21, 2024 ("**Bylaws**"), made applicable to the upcoming Annual Meeting and election of directors pursuant to the Court's Order dated May 16, 2026,[1] and my prior correspondence to you dated April 17, 2026, that Jorge Pedreira and Joel Dunn are recognized nominees for the election to the Board of Directors at the upcoming Annual Meeting.

**Second**, Article II, Section 11 of the Bylaws provides that "Ballots bearing the names of all persons nominated shall be provided for use at the Annual Meeting." Inasmuch as the meeting is remote, please confirm that ballots including all director nominees will be provided to all eligible voting shareholders in advance of the meeting.

**Third,** please confirm that the meeting will be held online via www.cleartrust.com/fbs and can be accessed by clicking "Attend Live Meeting" and entering a control number contained on proxy cards sent to each eligible shareholder.

---

[1] *See,* DEF Trading, LLC v. Florida Bancshares, Inc., et. al., U.S. District Court, Middle District of Florida, Case No. 8:25-cv-2996-SDM-CPT at Docket Entry 67.

akerman.com

87229010;1

Lynn Roenicke
June 22, 2026
Page 2

_____

**Fourth,** consistent with the Article II, Section 12 of the Company's Bylaws, DEF requests that the following New Business be considered and voted upon at the Annual Meeting.

**Proposal 1:** Article III, Section 2 of the Bylaws be amended and replaced to read in its entirety:

**Section 2 – NUMBER OF DIRECTORS**. The Board of Directors of the Corporation shall be comprised of five directors. The number of directors can only be changed by a vote of the shareholders at an Annual Meeting or a Special Meeting, provided that advanced notice of the vote to change the number of directors is provided.

**Proposal 2:** Pursuant to Article II, Section 12 and Article III, Section 4 of the Bylaws, it is proposed that the following individuals be removed from the Board of Directors effective immediately:

Dr. Paula O'Neil

Ernest Peeples

Marlene Mann

**Please send an amended notice of the Annual Meeting notifying shareholders that a vote to remove the above directors will be considered at the Annual Meeting.**

**Proposal 3**:   In the event Proposal 2 is adopted in its entirety, resulting in a vacancy in the Board of Directors, please include Steven Krueger as a nominee to the Board of Directors to fill the vacancy. Please include Mr. Krueger on the ballot as a contingent nominee. Mr. Krueger's resume is attached.

Thank you for your consideration and cooperation.


Sincerely,

*Andrew P. Gold*

Andrew P. Gold
For the Firm


cc:     Daniel Nicolas (via e-mail at Daniel.Nicholas@csklegal.com)
        Richard Pearlman  (via e-mail at richard.pearlman@iglerlaw.com)


87229010;1

Steven L. Krueger
Summary

Senior management and consulting professional with broad-based, cross-functional professional and advisory skills in banking, insurance & wealth management, as well as health, wellness and life sciences, and media & entertainment including information technology, operations, finance, risk management and business development.

Significant expertise and success in managing complex change and "turn around" programs that incorporate both process and organizational transformation. A proven track record in obtaining significant bottom-line results, while managing large-scale teams focusing on either business as usual or change management assignments in both corporate and advisory partnership settings. These assignments have been wide-ranging and multidisciplinary, have taken place in varied economic environments, and have provided a platform to demonstrate an ability to implement changes in a timely and constructive manner, while adapting to changing circumstances.

*Special Skills and expertise:*

Significant professional experience and strong competency in business unit finance, investment banking information technology and operations, and risk management processes.

In-depth derivative and corporate finance product knowledge including interest rate, credit, foreign exchange, commodities, and logistics.

Banking, Insurance & Wealth & Asset Management, Health, Wellness & Life Sciences and Media & Entertainment; technology; operations, finance, risk management and consulting advisory background.

Management capability of long-term and short-term business objectives in both growth and declining business cycles.

Ability to identify and analyze business opportunities while implementing action plans to realize planned objectives.

Client service and business relationship expertise.

Proven track record in building and managing successful organizations both regional and global through restructuring, process re-engineering, deployment/upgrades, and re-staffing programs.

Skilled in transforming complex technologies and businesses into understandable concepts.

Successful in designing, development, and acquisition of information technology/ e-commerce solutions.

Strategic management and financial planning capability in addition to hands on experience in developing and executing control, productivity, and quality programs.

High performance and leadership ability exemplified by consistent career progression

Steve Krueger
2711 S. Ocean Drive No. 3102
Hollywood FL 33019
slk_10011@yahoo.com

Steve Krueger
1 Manhattan West
New York, NY 10001
steve.krueger@ey.com
M:(212) 380-6671

## Professional Experience

| Ernst & Young LLP, New York, NY | 2015 -2024 |
|---|---|

| Principal – Commerical Enterprises Consulting Group - Finance Technology Lead | July 2023~ |
|---|---|

Leader of EY's Finance Technology Practice for Commerical enterprises in Consumer Products, Health, Wellness & Life Sciences, Advance Manufacturing & Mobility, Technology Media & Telecommunications, Oil & Gas, Power & Utilities, Government Sector & Private Equity portfolio companies. Scaling global technology solutions team focused on Finance Transformations, Core Finance Technology, Business Performance, Reporting & Analytics (AI), Data Management and Transformation, Global Business Services, and overall Finance Strategy. Focusing on both large scale and component change programs for clients, focused on finance and processes and systems transformations, accounting change, advanced reporting, and analytics (AI) for regulatory, management, cost and client requirements, finance operations and managed services and the future of finance organizations and what that holds for finance professionals.

| Principal – Financial Services Advisory Group | 2015 - 2023 |
|---|---|
| Banking & Capital Markets & Finance Consulting Lead | |

As a Principal with EY's Financial Services practice in New York led EY's Banking and Capital Markets and Finance Consulting Practice. Concentrating on finance, treasury and risk management solutions advisory services covering activities conducted by banks and bank holding companies, funds and asset managers, and insurance companies supervised by the Federal Reserve, State Banking Departments and the Securities and Exchange Commission. Leading EY's Finance Practice represents a multi-disciplinary group of advisory, technology, risk management, data science, technical accounting, tax, and operating professionals that serves the Financial Services CFO and Controllership communities across the United States. This team focused on finance and insurance process and systems transformations, accounting change, advanced reporting, and analytics (AI) for regulatory, management, cost and client requirements, finance operations and managed services and the future of finance organizations and what that holds for finance professionals.

| The Royal Bank of Scotland Group, London, UK | 2010 -2014 |
|---|---|

### Executive – Group Finance Head of Risk and Finance Transformation

Key member of the Finance Executive committee and business facing Finance and Risk Operating Committees responsible for shaping, informing, and delivering the business strategy for the Risk, Finance and Treasury Systems Transformation Program at the Bank reporting to the Board, CFO, CRO and CAO. While the program was delivering upgrades to the systems architecture, it was also charged with ensuring appropriate financial reporting and governance is achieved for each division. Responsible for establishing the strategic architectural blueprint for Finance, Risk and Treasury systems with a clear road map for delivery, to create the foundation for the future Finance, Risk and Treasury Operating Model. During this period was charged with the overall responsibility for the Finance Change Management programs. Acted as the primary interface between Finance and the Banks 's IT function and architecture groups to ensure the Bank-wide platform strategy was informed by Finance dependencies to ensure alignment between Risk, Finance and Treasury IT strategies to enhance management information and data quality. Ensured change activity across Global Finance function was coordinated to ensure alignment with target Global Finance Operating model. Developed a solution that would allow the Bank to plan and manage its capital position, with an improved alignment of Treasury and core Finance & Risk systems that would allow business divisions to report, model and mange its metrics in a more effective manner at a greater level of detail. Implemented new General Ledger, Consolidation system, Planning system, Cost Allocation system, Commercial Real Estate Risk model, Economic Capital model, FinRep and Corep reporting, Risk Data Warehouse and a Data capture and management process and systems.

Steve Krueger
2711 S. Ocean Drive No. 3102
Hollywood FL 33019
slk_10011@yahoo.com

Steve Krueger
1 Manhattan West
New York, NY 10001
steve.krueger@ey.com
M:(212) 380-6671

Barclays Capital, London, UK                                         2006 – 2010

Managing Director – Investment Bank Operations
European Markets, Commodities, FX Derivatives and Structured Products        2008 – 2010

Investment Bank Operations lead for Commodities, FX Derivatives and Structured Products globally and the European Markets regionally. Responsibilities included Trade capture and validation, deal confirmation accounting and settlement for all products. In addition, focused on the Operations strategy regarding recruiting and development, sourcing end-to-end processing models visa-vis Finance and Technology groups. Business and infrastructure development responsibilities have included: integration of new businesses, acquired portfolios and the introduction of new products. In addition, have led Derivatives IT architecture work stream for Operations, planning and analyzing impact and requirements of moving to more robust service oriented architecture. Implemented structured products support group in Operations for SPVs, Structured Notes, I-Path, and I-Shares platforms. Rolled out Corporate Risk Advisory platform and led joint venture with the commercial bank for mid-cap Interest Rates and FX products in the UK and in Continental Europe. Developing the Emerging Markets business operations in the European region in concert with the regional businesses in Asia and Latin America with a focus on the leading the infrastructure efforts around the opening of the Moscow and Riyadh offices.

Managing Director – Investment Bank Operations
Fixed Income, Commodities, FX Derivatives, and Structured Products        2006 – 2008

Investment Bank Operations lead for Fixed Income Derivatives, Commodities, FX Derivatives and Structured Products. Responsibilities included Trade capture and validation, deal confirmation accounting and settlement for all products. In addition, business and infrastructure development responsibilities have included: new product approval for the investment bank, physical oil trading operations, derivatives IT architecture planning, and structured note programs.  Led the implementation of the new Commodities Trading and Accounting system, for Base Metals, Precious Metals, Natural Gas, Hydrocarbon, and Freight Trading for OTC derivatives, exchange traded and physical contracts.  Organizational redesign and recruitment were key deliverables during this assignment, infrastructure programs have continued to contribute to the firm's bottom line by improving efficiency, and the controlled roll out of new products and functionality. Co-lead DTCC warehousing program for Credit Derivatives, as well as an upgrade of interest rate derivatives platform. In 2008, assumed responsibility for the European branch network and Emerging Markets operations for the Investment Bank.

J.P. Morgan Chase & Co., New York, NY                              1995 – 2006

Managing Director – Deputy CTO, Global Finance Technology           2004 – 2006

Deputy Chief Technology Officer for the Global Finance Division's Technology group. Responsibilities included: Application Information Delivery, program management and financial management for decision support and management reporting groups, Chief Financial Officer for a multi-year $300 million investment program, relationship manager for all line of business finance operating and controllership groups, management of the program office, organizational development, strategy, and planning efforts. Management reporting initiatives included the merger of Bank One and JPMC management data, and subsequent reengineering of product and organizational performance, client, expense, balance sheet and earnings at risk reporting. Developed a portal-based information delivery process that led to significant cost savings for the Finance Division. Working with CTO and Program leads, developed an operating budget and investment plan for the COO, Controller and Technology and Operations divisions of Finance.

Steve Krueger
2711 S. Ocean Drive No. 3102
Hollywood FL 33019
slk_10011@yahoo.com

Steve Krueger
1 Manhattan West
New York, NY 10001
steve.krueger@ey.com
M:(212) 380-6671

Vice President - Business Information Services, Global Finance                    2003 – 2004

Program manager for management reporting, and decision support re-engineering project. Charged with re-engineering the management reporting processes and related information systems for Corporate and line of business units. Designed a multi-year program to significantly improve the quantity and quality of decision support information delivered to decision-making groups in the Bank. Increased operating efficiency materially by lowering the cost base by $100 million. Established operating controls and process metrics to maintain or improve service levels on our current deliverables.

Vice President - Investment Bank Strategic Project Manager                    2002- 2003

Conducted several strategic reviews that led to over $200 Million in direct cost savings for the Investment Bank's Finance, Technology and Operating groups. Developed a strategy for each review, performing analysis and developing solutions.  Engagement manager for a major consulting firm's review of post merger results in the face of significant changes in the marketplace. Implemented a practical human-capital measurement system in each division for internal and external benchmarking. Implemented tactical tools-sets for planning and forecasting, project accounting and return on investment as well as alternative sourcing scenario analysis. Responsible for end-to-end project management and execution of program. Representing the Investment Bank, served as a core team member reporting to the COO/Treasurer of Finance in the re-engineering of the finance function. Given the re-engineering, led a global team of Finance Managers to define the future state role of the Finance Division.

Vice President - Investment Bank Middle Office Business Manager                    2000-2002

Chief Administrative Officer/CFO of Investment Bank infrastructure group charged with trading and marketing support, operating risk management and financial risk and P&L reporting. Responsible for the operating risk management, financial management, business continuity programs for the Investment Bank Middle Office. Developed and built several end-to-end reporting solutions that were implemented globally by the business unit. In addition, managed the Productivity & Quality (Six Sigma) and US Tax compliance programs for the Investment Bank. Member of Corporate New Products Approval Committee representing bank wide technology and operations. During this period, was responsible for the planning, coordination and tracking of the merger of the J.P. Morgan and Chase business unit infrastructure for the middle office. Worked with global Infrastructure and finance groups to develop strategy, plan, and sequence, execute, track, and derive savings from the merging of the two banks and their infrastructure. This program was executed on time and on budget, yielding significant savings for the institution.

Vice President - Global Operations Manager                    1999-2000

Functional responsibility and oversight all trading support and operations organizations associated with J.P. Morgan's Foreign Exchange, Commodities and Local Markets business units. Responsible for all aspects of trading support operations including, the management and execution of all transaction processing, accounting and settlement, physical delivery, management and regulatory reporting strategic business and expense/ investment planning and coordination and leadership across the cross business global support organization. Managed the operating program related to an asset sale and wind down of a large scale Energy derivative portfolio.

Steve Krueger
2711 S. Ocean Drive No. 3102
Hollywood FL 33019
slk_10011@yahoo.com

Steve Krueger
1 Manhattan West
New York, NY 10001
steve.krueger@ey.com
M:(212) 380-6671

Vice President - Global Projects Manager                                    1998-1999

Assigned to the Corporate Banking Division to manage a discreet asset sale for the markets division of J.P. Morgan. Worked with deal team to develop descriptive memorandum, contact potential bidders, present the business case, and manage the data room and plan project and transitional phases of the deal.

Vice President - Global Operations Manager – Global Commodities Group        1997-1998

Global manager of all trade support, profit and loss reporting, risk monitoring, operational, and financial control functions aligned to J.P. Morgan's Commodity Derivative business unit. Acquired a technology solution to improve workflow controls and performance. Assumed a leadership role in a firm wide transition of financial control responsibilities from financial to middle office divisions.

Associate, Global Finance Division and Global Commodities Group             1995-1997

PRICE WATERHOUSE LLP                                                        1991-1995

Senior and Staff Consulting positions – Financial Services Industry Practice,

Planned, coordinated, and supervised client engagements for clients in the banking, insurance, investment, and brokerage industries. Developed client specific IT, operational and accounting solutions in the derivative and financial accounting areas.

Education

Sophia University, Tokyo, Japan                                            March 1989
Bachelor of Science in International Economics