# Exhibit I



Andrew P. Gold

Akerman LLP
201 East Las Olas Boulevard
Suite 1800
Fort Lauderdale, FL  33301

D: 954 759 8910
T: 954 463 2700
F: 954 463 2224

July 6, 2026

**VIA E-MAIL (richard.pearlman@iglerlaw.com)**

Richard Pealman                   Lynn Roenicke
Igler and Pearlman, P.A.          Secretary
3122 Mahan Drive                  Florida Bancshares, Inc.
Suite 801-180                     13315 U.S. Highway 301
Tallahassee, Florida 32308        Dade City, Florida 33525

**Re:    Florida Bancshares, Inc – Annual Shareholders Meeting Proxy Statement; Election of Directors**

Dear Mr. Pearlman and Ms. Roenicke:

As you know, I write on behalf of DEF Trading, LLC ("DEF"), a registered shareholder of Florida Bancshares, Inc. (the "Company") holding approximately 9.9% of the Company's outstanding common stock. This correspondence is made in reference to Mr. Pearlman's letter to me dated June 25, 2026, as well as my previous letter to Ms. Roenicke dated June 22, 2026.

As you know, on April 7, 2026, the Company provided notice to its shareholders of record as of March 31, 2026, that the Company's annual shareholders' meeting would be held on May 21, 2026. At the same time, the Company provided a Proxy Statement, a copy of which is attached hereto, presenting – among other things – the "Nominees for Election of Directors" as of April 7, 2026.

As you also know, on May 15, 2026, the U.S. District Court, Middle District of Florida, issued an Order and Preliminary Injunction, pursuant to which the Company adjourned that annual meeting until July 23, 2026.  The Company announced this adjournment to shareholders in May 2026. When it announced the adjournment, the Company knew that two director candidates had been duly nominated by DEF – especially as the U.S. District Court's Order compels the Company to use the Bylaws under which shareholders must identify nominees thirty days prior to the annual meeting date, not the one-hundred-twenty days cited as the Company's original basis to deny the nominations.

July 6, 2026
Page 2

_____

Mr. Pearlman's letter of June 25, 2026, confirms that the Company had accepted "DEF's nomination of Mr. Pedreira and Mr. Dunn" for election to the Company's Board of Directors after the Court's order. However, the notice of adjournment does not identify these new director nominees. Nor do the April 7, 2026, Proxy Statement or accompanying proxy card identify either of these "Nominees for Election of Directors"; indeed, the Proxy Statement does not state how proxies will be voted with respect to the election of directors. We have not received any updated Proxy Statement or proxy card since the additional nominees were confirmed.

As a result, the April 7, 2026, Proxy Statement is materially misleading with respect to the election to the Company's Board of Directors. Similarly, the proxy card attached to the Proxy Statement purports to operate as a ballot allowing a shareholder to vote on matters of the Company, including the election of directors, but does not identify all nominees or provide any mechanism to vote for such nominees. As such, the proxy card is equally misleading.

If an updated Proxy Statement or Proxy Card identifying the additional nominees for election to the Boar of Directors has been sent to the Company's shareholders, please provide us with a copy of such Proxy Statement and Proxy Card. Otherwise, demand is made that the Company *immediately* issue an amended Proxy Statement and proxy card identifying all of the nominees to the Board of Directors and how proxies will be voted with respect to the election of directors. DEF requests that the amended proxy statement be issued in substantially the same form as the attached, but with the inclusion of the additional nominees. Moreover, demand is made that any votes cast based upon the misleading proxy statement be ignored, and any such shareholder vote be counted based upon the amended and updated proxy statement and proxy card.

We note that the Court's Order and Preliminary Injunction made an express finding that the Board's actions "evidences a primary motive of board entrenchment." Proceeding with the election based on a materially misleading Proxy Statement and proxy card would only further underscore the primary motive to entrench the current Board of Directors despite their self-interested breaches of fiduciary duty. If the Company refuses to distribute accurate proxy materials identifying all available nominees to be voted upon, DEF will be forced to seek further judicial intervention to ensure a full and fair election at the annual meeting. We truly hope that will not be necessary.

Sincerely,

*Andrew P. Gold*

Andrew P. Gold
For the Firm

cc. Daniel Nicholas
     John Dicks
     Keenan Molasky

87416519;1

ClearTrust, LLC - Proxy Agent
16540 Pointe Village Dr., Ste 210
Lutz, Florida 33558

### YOUR VOTE IS IMPORTANT! PLEASE VOTE BY:

 INTERNET:
• Go to: www.cleartrustonline.com/fbs
• Have your Proxy Card ready
• Follow the simple instructions to record your vote

 MAIL
• Mark, sign and date your Proxy Card
• Fold and return your Proxy Card in the postage-paid envelope provided

*FOR YOUR VOTE TO COUNT, YOU MUST VOTE BEFORE THE POLLS CLOSE ON THE DAY OF THE MEETING.*

**DEF TRADING, LLC**
**18975 COLLINS AVE**
**SUNNY ISLES BEACH FL 33160-2715**

## ANNUAL MEETING OF STOCKHOLDERS
## FLORIDA BANCSHARES, INC.

**CONTROL NUMBER:**    Redacted

| | |
|---|---|
| **DATE:** | **May 21, 2026** |
| **TIME:** | **8:00 A.M. Eastern Time** |
| **LOCATION:** | **VIRTUAL at www.cleartrustonline.com/fbs. Click "Attend Live Meeting" and use your Control Number, above, to navigate into the meeting.** |

### This proxy is being solicited on behalf of the Board of Directors

The undersigned hereby appoints John E. Henson and Manuel Long (the "Named Proxies"), and each or any of them, as proxies for the undersigned, with full power of substitution and resubstitution, and authorizes them, and each of them, to vote all the shares of common stock of Florida Bancshares, Inc. which the undersigned is entitled to vote at said meeting and any adjournment thereof upon the matters specified and upon such other matters as may be properly brought before the meeting or any adjournment thereof.

THE SHARES REPRESENTED BY THIS PROXY WILL BE VOTED AS DIRECTED OR, IF NO DIRECTION IS GIVEN, SHARES WILL BE VOTED IDENTICAL TO THE BOARD OF DIRECTORS RECOMMENDATION. This proxy, when properly executed, will be voted in the manner directed herein. In their discretion, the Named Proxies are authorized to vote upon such other matters that may properly come before the meeting or any adjournment or postponement thereof.

You are encouraged to specify your choice by marking the appropriate box (SEE REVERSE SIDE) but you need not mark any box if you wish to vote in accordance with the Board of Directors' recommendation. The Named Proxies cannot vote your shares unless you sign (on the reverse side) and return this card or otherwise provide voting instructions by phone or on the internet as described above.

*Continued and to be signed on the reverse side*

# FLORIDA BANCSHARES, INC.
# ANNUAL MEETING OF STOCKHOLDERS

**BOARD OF DIRECTORS RECOMMENDS**

**PROPOSAL**    **YOUR VOTE**

|  | FOR | AGAINST | ABSTAIN | FOR |
|---|---|---|---|---|

1. To ratify the Official Acts of the Directors and Officers of the Company since May 15, 2025.    ☐ ☐ ☐    **FOR**

2. To set the number of Directors at seven (7).    ☐ ☐ ☐    **FOR**

3. Election of Directors to serve for the term listed in the proxy statement:    FOR ☐  WITHHOLD ☐  FOR ALL EXCEPT ☐    **FOR**

Stephen D. Carle – 3 Years

A.P. Gibbs – 3 Years

To withhold Authority to vote for any nominee, write that nominee's name in the space provided below:

_____

*The following Directors will be recommended for re-election in the timeframes listed:*

John Henson – 2 Years          Paul P. Midili – 1 Year

Marlene Mann – 2 Years         Ernest L. Peeples – 1 Year

Paula S. O'Neil, Ph.D. - 2 Years

4. To transact such other business as may properly come before the meeting or any adjournment thereof.    FOR ☐  AGAINST ☐  ABSTAIN ☐    **FOR**

Authorized Signatures - Must be completed for your instructions to be executed.

Please sign exactly as your name(s) appears on your account. If held in joint tenancy, all persons should sign. Trustees, administrators, etc., should include title and authority. Corporations should provide full name of corporation and title of authorized officer signing the Proxy.

| | |
|---|---|
| Signature (and Title if applicable)          Date | Signature (if held jointly)          Date |

**SAVE TIME & REDUCE COSTS!**
**PLEASE CONSIDER VOTING ONLINE RATHER THAN BY MAIL.**



**ANNUAL MEETING OF SHAREHOLDERS**

**PROXY STATEMENT**

April 7, 2026

The number of shares of common stock outstanding and entitled to vote at the Annual Shareholders meeting to be held on May 21, 2026, is 1,102,600 shares. Only those shareholders of record at the close of business on March 31, 2026, will be entitled to vote. In all elections of directors, each shareholder shall have the right to vote the number of shares owned by them for as many persons as there are directors to be elected. For all other purposes, each share shall be entitled to one vote.

**SETTING THE NUMBER OF DIRECTORS**

All shares represented by proxies in the accompanying form will be voted in favor of setting the number of directors to be elected at seven (7). A majority of the shares represented at the meeting is required to approve such a number.

## NOMINEES FOR ELECTION OF DIRECTORS

| NAME | AGE | PRINCIPLE OCCUPATION | TERM LENGTH |
|---|---|---|---|
| Stephen D. Carle | 81 | Attorney, Hodges & Carle, P.A. Director since January 19, 2012 | 3 Years |
| A.P. Gibbs | 86 | Attorney, A. P. Gibbs, P.A Director/Chairman since October 7, 1986 | 3 Years |



**The Following Directors will be eligible for re-election in the timeframes listed below:**

| NAME | AGE | PRINCIPLE OCCUPATION | TERM LENGTH |
|---|---|---|---|
| Paul P. Midili | 90 | Insurance, Real Estate, and Agriculture<br>Director since October 7, 1986 | 1 Year |
| Ernest L. Peeples | 89 | Citrus Grower<br>Director since March 18, 1987 | 1 Year |
| John E. Henson | 78 | Certified Public Accountant, John E. Henson, CPA<br>Director since September 17, 1993 | 2 Years |
| Marlene Mann | 82 | Retired Office Manager/Dental Assistant/<br>Registered Nurse<br>Director since April 20, 1994 | 2 Years |
| Paula S. O'Neil, Ph.D. | 69 | Retired Pasco County Clerk of Court<br>Director since April 16, 2020 | 2 Years |

## RATIFICATION OF THE OFFICIAL ACTS OF THE DIRECTORS AND OFFICERS

Proxies will be voted in favor of ratifying the Official Actions of the Directors and Officers since the last Shareholders Meeting. Copies of the minutes of the 2025 Shareholders meetings will be available for examination by Shareholders of Record, until 8:00 a.m. (EST), May 21, 2026, via email.

By Order of the Board of Directors,

*Lynn Roenicke*

Lynn Roenicke
Corporate Secretary